```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
INSURED AIRCRAFT TITLE SERVICE, :
LLC, :
                              Plaintiff, :
                                         :           20-CV-6754 (VSB)
              -against-                  :
                                         :                **ORDER**
                                         :
OPERADORA DE VUELOS EJECUTIVOS :
DE CV, ET AL, :
                                         :
                              Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

As Counsel may be aware, this case was recently transferred and reassigned to the undersigned. All deadlines and schedules ordered by Judge Russell remain in effect.

In addition, on or before September 2, 2020, the parties shall file on ECF a joint letter of no more than three (3) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of discovery in this case;

5. A statement describing the status of any settlement discussions;

6. Estimated length of trial and whether a jury demand has been made; and

7. Any other information that you believe may assist the Court.

Counsel for Plaintiff is responsible for ensuring that counsel for all parties are served with this Order.
SO ORDERED.

Dated:   August 24, 2020
         New York, New York

                                             _____
                                             Vernon S. Broderick
                                             United States District Judge